UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

                                                  PRISONER

    v.                                Case No. 3:03cv260 (AWT)

THOMAS HUNT, et al.

<u>RULING ON PENDING MOTION</u>

On August 18, 2003, the court directed the plaintiff to file an amended complaint within twenty days. The plaintiff seeks an extension of time to file his amended complaint. An amended complaint dated September 4, 2003, and received by the court on September 9, 2003, has already been docketed in this case. (<u>See</u> doc. # 6.) Accordingly, the plaintiff's motion for extension of time [doc. # 7] is GRANTED nunc pro tunc.

SO ORDERED this <u>4th</u> day of _November_____, 2003, at Bridgeport, Connecticut.


_____/s/_____
          Holly B. Fitzsimmons
    United States Magistrate Judge