UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES MCKINNON
                                              PRISONER
      v.                            CIVIL 3:03cv260 (AWT)

THOMAS HUNT
JOHN LAHDA
```

J U D G M E N T

This cause came on for consideration of the pro se amended complaint before the Honorable Alvin W. Thompson, United States District Judge.

The Court has considered the amended complaint and all the papers submitted in connection with the amended complaint. On November 24, 2003, the Court filed its Ruling and Order dismissing the amended complaint without prejudice for failure to exhaust administrative remedies pursuant to 28 U.S.C. § 1997e(a).

It is therefore **ORDERED** and **ADJUDGED** that the amended complaint be dismissed without prejudice and the matter closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 9th of December, 2003.

                                                        KEVIN F. ROWE, Clerk

                                                        By /s/ Cynthia Earle
                                                             Cynthia Earle
                                                             Deputy Clerk

Entry on Docket _____