FORM 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN -6  P 2: 28
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon

v.

Thomas Hunt
John LaHDa

CIVIL CASE NO. 3:03cv260(AWT)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), __James McKinnon__ hereby gives notice and
(appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following

Judgment or Order (attach a copy of the Judgment or Order):

_____

_____

_____

2. The Judgment /Order in this action was entered on __December 9, 2003__
(date)

__James Lee McKin___
Signature

__James Lee McKinnon__
Print Name

__Walker Receptional Special
management unit
1153 -East Street South
Suffield Connecticut 06078__
Address

Date: __December 28, 2003__

_____
Telephone Number

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).
rev. 7/02