# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** January 7, 2004        **TO:** Intake Clerk

**FROM:** Tasha Simpson   203-579-5657

**FILED**
2004 JAN 16  P 12: 43
US DISTRICT COURT
BRIDGEPORT CT

**CASE TITLE:** McKinnon vs Hunt

**DOCKET NO.:** 3:03 cv 260 (AWT)

**NOTICE OF APPEAL:** filed: January 6, 2004

**APPEAL FROM:** final judgment: yes ( Record Attached )

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**    Paid ____    Due ✓    N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:**    CJA ____    Retained ____    Pro Se ✓

**TIME STATUS:**    Timely ✓    Out of Time ____

**MOTION FOR EXTENSION OF TIME:**  Granted ____    Denied ____

**DA:**    Granted ____    Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

**SIGNED:** Stanley A Hader        **DATE:** 01/13/04
DEPUTY CLERK, USCA