UNITED STATES DISTRICT COURT New Haven

DISTRICT OF CONNECTICUT

McKinnon

VS.

CV. NO. 3:03 cv 260 (AWT)

USCA NO.

Hunt

### INDEX TO THE RECORD ON APPEAL

04/0/2081