CLRC, New Haven
03-cv-260
Thompson, J

**MANDATE**

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 18ᵗʰ day of March two thousand and five.

Present:

Hon. Jon O. Newman,
Hon. Richard C. Wesley,
Hon. Peter W. Hall,
            *Circuit Judges.*

James McKinnon,

            Plaintiff-Appellant,

    v.                                                04-0281-pr

Thomas Hunt, John Lahda,

            Defendants-Appellees.

Appellant, *pro se*, moves for appointment of counsel and *in forma pauperis* status. Upon due consideration, it is ORDERED that the motion for *in forma pauperis* status is denied as unnecessary because the district court granted and did not thereafter revoke *in forma pauperis* status. The motion for appointment of counsel is denied and the appeal is dismissed because the appellant's challenge to the district court's judgment, dismissing without prejudice to exhaustion of administrative remedies, lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e). The appellant remains free to renew his claim in the district court after completion of exhaustion of prison administrative remedies.

            FOR THE COURT:
            Roseann B. MacKechnie, Clerk

MAR 18 2005        By Lucille Carr

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

USCA SAO-18

ISSUED AS MANDATE: APR 1 5 2005