United States District Court
District of Connecticut

FILED
2005 AUG 24 P 4: 32
U.S. DISTRICT COURT
BRIDGEPORT. CONN

James McKinnon
   Plaintiff

V.

Thomas Hunt, ETAL
John LaHDa
Michael Lajoie
James Murdoch
     Korch
     Discordio
     Howe

Civil, no. 303, CV 260

(AWT)

August 19, 2005

Defendants Individual Capacitites

Plaintiff Motion To Reofen Complaint with Support of memorandum of Law,

Also motion To file A Supplemental Complaint Adding new partys deals with events That occurred since Plaintiff filed original Complaint Pursuant To Rule's 15,a, and 19,a, of federal Rules Civil Procedure's.
Griffin v. County School Board of Prince Edward County, 377 U.S. 218, 227, 84 S.CT. 1226 (1964).

By x James McK_____
James McKinnon prose

1. Plaintiff James McKinnon pro se respectfully move this court to consider the plaintiff request in the above complaint.

2. Plaintiff contend that facts are so overwheming in support of allegations which he forwarded in the interest of justice. A grievance procedure is supposed to meet certain statutory requirement to be acceptable Exhaustion of Remedies.

By: James McK——
James McKinnon prose

## Certification

Plaintiff certify through this attachment that this claim to be true on this <u>19th</u> Day of August 2005

Defendants Individual Capacity
Thomas Hunt, ETAL.
John LaHDa
Michael Lajoie
James Murdoch
Korch
Discordio
Howe

Plaintiff
By: James McK——
James McKinnon prose
Corrigan Correctonal
986, Norwich New London
Uncasville Connecticut
06382