United States District FILED
Court                    2005 SEP 12 P 4:30

District of Connecticut          U.S. DISTRICT COURT
                                 BRIDGEPORT. CONN

James McKinnon          Civil no. 303CV260
    Plaintiff
                        (AWT)
    V.

Thomas Hunt, ETAL      September 5, 2005
John    LaHDa
Michael Lajoie
James Murdoch
        Korch
        Discordio
        Howe
Defendant's      Individual    Capacity)

Plaintiff Motion To Amended Complaint
under Rule 15,a, and Rule 12,b,6, Fed.R.Civ.P,
with important evidence helpful To determine
Facts needed To prove each of Plaintiff alle-
gations. Rule 16,E, Fed. R. Civ.P.


Plaintiff James McKinnon pro,se Respectfully
moves The Court for permission To file This
amended complaint with Correctional officer
statements given in connection with claim
arises from Same facts That are not accept
under rule 12,b,6, has To be Exhibit. By James McKin
                                          James McKinnon

1. Plaintiff James McKinnon prose respectfully move the Court to Consider the plaintiff request in the above Complaint.

2. Plaintiff Contend the facts are so over whemin-g- in Support of allegations which he forward-ed in the interest of justice.

By x James mck
James McKinnon pro.se

---

Certification

Plaintiff certify through this attachment this claim to be true on this 5.Th Day of September, 2005

Defendants   Individual        Capacity
Thomas Hunt; ETAL
John LaHDa
Michael Lajoie
James Murdoch                  Plaintiff
        Korch              By x James mck
        Discordio          James McKinnon pro se
        Howe               Corrigan Correctional
                           986, Norwich New London
                           Uncasville Connecticut
                                  06382

Support of Memorandum of Law
Rule 16,(E) Fed. R. Civ. P, Syrie v. Knoll International
748 F.2d 304, 305 (5Th Cir 1984).