UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES MCKINNON                                    PRISONER
    v.                                            CASE NO. 3:03CV260(AWT)
THOMAS HUNT, et al.

RULING ON PENDING MOTIONS

Pending before the court are the plaintiff's Motion to Reopen, Motion for the Issuance of Subpoenas and Motion to Amend. On November 24, 2003, the court dismissed the plaintiff's amended complaint because plaintiff had failed to exhaust his administrative remedies prior to filing this lawsuit. The court informed the plaintiff that he could file a new action after he had exhausted his administrative remedies. On January 6, 2004, the plaintiff appealed the court's ruling. On April 28, 2005, the United States Court of Appeals for the Second Circuit dismissed the appeal as frivolous. The plaintiff now seeks to reopen this case to file an amended complaint to add allegations concerning events that have occurred since the filing of this action and also to add five new defendants. The plaintiff has alleged no new facts that would demonstrate that he has exhausted his administrative remedies as to the allegations in the amended complaint prior to filing this lawsuit. Thus, the plaintiff has failed to set forth a valid basis for reopening this action.

Accordingly, the Motion to Reopen [**doc. # 18**], Motion to Amend [**doc. # 19**] and Motion for Subpoenas [**doc. # 17**] are hereby **DENIED**. If the plaintiff seeks to pursue the claims in his amended complaint and has now exhausted his administrative remedies as to those claims, he may initiate a new lawsuit.

It is so ordered.

Dated this 3rd day of March 2006, at Hartford, Connecticut.

                                          /s/
                                   Alvin W. Thompson
                                   United States District Judge